FILED'08 OCT 27 14:53 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NATHAN BENNETT,<br><br>       Plaintiff,<br><br>  v.<br><br>MRS. MARIE ERICKSON (BHS MANAGER), DR. CHASE (BHS DOCTOR), and MS. WILSON (BHS COUNSELOR),<br><br>       Respondent. | Civil No. 08-1128-PK<br><br>ORDER TO DISMISS |

MARSH, District Judge.

    Plaintiff's Motion to Voluntarily Dismiss (#5) is GRANTED.

    IT IS SO ORDERED.

    DATED this _24_ day of October, 2008.

                                /s/ Malcolm F. Marsh
                                Malcolm F. Marsh
                                United States District Judge

1 - ORDER TO DISMISS